

Edward A. Perse, Carey, Dwyer, Austin, Cole & Selwood, P.A., Miami Fla., attorneys for appellant.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Charles M. Paschal, Jr., Director, Region 15, N.L.R.B., New Orleans, La., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Abigail Cooley Baskir, Stephen H. Naiman, Attys., N.L.R.B., Washington, D. C., for petitioner.

Victor H. Hess, Jr., Jackson & Hess, New Orleans, La., for respondents.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Enforced.  See Local Rule. 21.[1]

Cypen & Nevins, Harris J. Buchbinder, Miami Beach, Fla., for appellees.

Before JOHN R. BROWN, Chief Judge, GEWIN and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed.  See Local Rule 21.[1a]

See Haas v. Jefferson National Bank of Miami Beach, 5 Cir., 1971, 442 F.2d 394.

**PRESCOTT–LANCASTER CORP.,**
**Plaintiff-Appellant,**

v.

**Paul WARREN, Ind., and as Trustee, et al., Defendants-Appellees.**

**No. 71–1149.**

United States Court of Appeals, Fifth Circuit.

June 21, 1971.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roger Talbot ALVARADO, Defendant-Appellant.**

**No. 26937.**

United States Court of Appeals, Ninth Circuit.

June 21, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

1a. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.